| | |
|---|---|
| JOHN K. COURTNEY | CAITLIN C. BLANCHE |
| State Bar No. 136730 | State Bar No. 254109 |
| jcourtney@girardikeese.com | caitlin.blanche@klgates.com |
| GIRARDI \| KEESE | K&L GATES LLP |
| 1126 Wilshire Boulevard | 1 Park Plaza, Twelfth Floor |
| Los Angeles, California 90017 | Irvine, CA 92614 |
| Telephone: (213) 977-0211 | Telephone: (949) 623-3526 |
| Facsimile: (213) 481-1554 | Facsimile: (949) 623-4463 |
| Attorneys for Plaintiffs | Attorneys for Defendant CVS PHARMACY, INC. |
| SARAH SHAPIRO ISCH AND JACOB ISCH | |

PAMELA J. YATES
State Bar No. 137440
pyates@kayescholer.com
ALICIA CLOUGH
State Bar No. 260012
alicia.clough@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants
VINTAGE PHARMACEUTICALS, LLC D/B/A
QUALITEST PHARMACEUTICALS, ENDO
PHARMACEUTICALS INC., ENDO HEALTH
SOLUTIONS INC. (F/K/A ENDO
PHARMACEUTICALS HOLDINGS INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SHAPIRO ISCH and JACOB ISCH,<br><br>             Plaintiffs,<br><br>v.<br><br>QUALITEST PRODUCTS, INC.; BRENN DISTRIBUTION, INC.; ENDO PHARMACEUTICALS, INC.; ENDO PHARMACEUTICALS HOLDINGS, INC.; ENDO HEALTH SOLUTIONS, INC.; CVS PHARMACY, INC.; DOES 1 - 10, inclusive,<br><br>             Defendants. | Case No. 1:13-CV-01644-LJO-SKO<br><br>**ORDER GRANTING PARTIES' NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)**<br><br>Hon. Lawrence J. O'Neill<br>Magistrate Hon. Sheila K. Oberto |

1  The Court having considered the parties' Notice and Stipulation of Dismissal with
2  Prejudice Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), and finding good cause
3  therefore;
4  IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its
5  entirety with prejudice.
6  The Clerk of Court is directed to CLOSE THIS CASE.
7  IT IS SO ORDERED.
8  Dated:   **April 21, 2014**          **/s/ Lawrence J. O'Neill**
          UNITED STATES DISTRICT JUDGE